AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Rainmaker International Inc.

JUDGMENT IN A CIVIL CASE

v.                                                      CASE NUMBER: CV408-17

Seaview Mezzanine Fund, L.P. and Studio One Media, Inc.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

That in accordance with the Court's Order of March 2, 2011 granting Defendant Seaview's motion for summary judgment and denying Defendant Studio One's motion for summary judgment, Judgment is entered dismissing this case.

March 2, 2011                                           Scott L. Poff
Date                                                    Clerk

                                                        *Elizabeth C. West*
                                                        (By) Deputy Clerk

GAS Rev 10/1/03