IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| RAINMAKER INTERNATIONAL, INC., | ) |
| Plaintiff | ) CIVIL ACTION |
| | ) FILE NO. CV408-017 |
| v. | ) |
| SEAVIEW MEZZANINE FUND, L.P., | ) |
| and STUDIO ONE MEDIA, INC., | ) |
| Defendants | ) |

## MOTION TO EXTEND DEADLINE TO FILE RESPONSE

COMES NOW, Seaview Mezzanine Fund, L.P. (hereinafter "Seaview") and files this motion to further extend the deadline to file a response to the Motion for Injunction Pending Appeal filed by Studio One Media, Inc. (hereinafter "Studio One"), showing as follows:

1.

On March 18, 2001, Studio One filed a motion for injunctive relief pending its appeal of the Court's grant of summary judgment in favor of Seaview.

2.

The adjourned deadline for Seaview to file a response to the Studio One motion for injunctive relief expires on April 29, 2011, based on the Court's Order dated April 15, 2011.

3.

Seaview and Studio One continue to pursue settlement negotiations in a good-faith attempt to settle the outstanding issues. To facilitate these ongoing negotiations, Seaview and Studio One jointly request further extending the deadline for Seaview's response until May 13, 2011.

{00021954 v.1}

Seaview has agreed that it will not liquidate or otherwise take any action to dispose of the 100,000 shares of Studio One stock that had previously been held in the registry of this Court and that were provided to Seaview following entry of the March 2, 2011 Order granting Seaview's Motion for Summary Judgment.

WHEREFORE, Seaview respectfully requests that this Court further extend the deadline to file a response to Studio One's motion for injunction pending appeal until May 13, 2011, and grant such other and further relief as is just and proper.

Respectfully submitted this 27th day of April, 2011.

                    *s/Todd Boudreaux*
TODD BOUDREAUX
Attorney for Seaview Mezzanine Fund, L.P.
Georgia State Bar No. 070023

SHEPARD, PLUNKETT,
HAMILTON & BOUDREAUX, LLP
7013 Evans Town Center Blvd., Suite 303
Evans, GA 30809
(706)869-1334

{00021954 v.1}

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| RAINMAKER INTERNATIONAL, INC., | ) | |
| | ) | CIVIL ACTION |
| Plaintiff | ) | FILE NO. CV408-017 |
| v. | ) | |
| SEAVIEW MEZZANINE FUND, L.P., and STUDIO ONE MEDIA, INC., | ) | |
| Defendants | ) | |

## ORDER ON MOTION TO FURTHER EXTEND RESPONSE DEADLINE

Seaview Mezzanine Fund, L.P. has filed a motion to further extend the deadline for it to file a response to the motion for injunction pending appeal filed by Studio One Media, Inc. With the consent of all parties-in-interest, it is hereby

ORDERED, that deadline for Seaview Mezzanine Fund, L.P. to file a response to the motion for injunction pending appeal is hereby extended until May 13, 2011.

So ordered this _____ day of _____ 2011.

                                                                Honorable William T. Moore, Jr.
                                                                United States District Court Judge

Order prepared and presented by:

 *s/Todd Boudreaux*
Todd Boudreaux
Attorney for Seaview Mezzanine Fund, L.P.
Georgia State Bar No. 070023
SHEPARD, PLUNKETT,
HAMILTON & BOUDREAUX, LLP
7013 Evans Town Center Blvd., Suite 303
Evans, GA 30809
(706)869-1334

{00021954 v.1}

Consented to:

*s/Walter C. Hartridge*
Walter C. Hartridge
Georgia State Bar No. 334900
Attorney for Studio One Media, Inc.
P.O. Box 2139
Savannah, GA 31402
(912)236-2491

No Objection:

*s/Arnold C. Young*
Arnold C. Young
Georgia State Bar No. 781500
Attorney for Rainmaker International, Inc.
200 East Saint Julian Street
Savannah, GA 31401
(912)236-0261

{00021954 v.1}